UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Peter G. Sheridan

v. : Crim. No. 07-1028

WOODY ARMAND & : <u>CONTINUANCE ORDER</u>
REGINALD MERLIN

This matter having come before the Court on the joint application of Christopher Christie, United States Attorney for the District of New Jersey (by Seth B. Kosto, Assistant U.S. Attorney), and defendant Woody Armand (by Anthony Mack, Esq.) for an order setting a motions schedule and granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Defendant desires additional time to conduct investigation and review discovery in advance of trial;

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the

continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ____1____ day of ~~March~~ April, 2008 IT IS ORDERED that trial in this matter is scheduled for June 4, 2008 at 10:00 a.m. Pre-trial motions shall be filed on or before April 18, 2008; responses shall be filed on or before April 29, 2008; and motions will be argued on May 5, 2008 at 10:30 a.m.

IT IS FURTHER ORDERED that the period from March 20, 2008 through June 4, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. PETER G. SHERIDAN
United States District Judge

ASSENTED AND AGREED TO:

_____
Seth B. Kosto
Assistant United States Attorney

_____
Anthony Mack, Esq.
Counsel for defendant Woody Armand